**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| S3G TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>HOMEAWAY, INC.; HOMEAWAY.COM,<br>INC.; and HOMEAWAY SOFTWARE, INC.,<br><br>    Defendants. | Case No. 6:20-cv-564<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO STAY ALL DEADLINES AND
NOTICE OF SETTLEMENT**

Plaintiff S3G Technology LLC ("S3G") and Defendants Homeaway.com, Inc. and Homeaway Software, Inc. ("Homeaway") have settled the claims asserted in this case between them and memorialized their agreement in a signed final settlement agreement. Accordingly, pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court and subject to this Court's approval, S3G and Homeaway request that the Court stay all deadlines, including the deadline for Homeaway to respond to the complaint and the entry of a Docket Control Order, which has yet to be entered, for thirty (30) days so that appropriate dismissal papers may be submitted upon performance of certain terms of the settlement agreement. S3G and Homeaway anticipate filing a stipulation of dismissal within 30 days.

DATED:  October 14, 2020                    Respectfully Submitted,

By: */s/ Charles Ainsworth*
Charles Ainsworth

1

State Bar No.  00783521
Robert Christopher Bunt
State Bar No. 00787165
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile:  (903) 533-9687
E-mail: charley@pbatyler.com
E-mail: rcbunt@pbatyler.com

COUNSEL FOR PLAINTIFF S3G
TECHNOLOGY LLC

DATED:  October 14, 2020

By: /s/ *Henry Pogorzelski (with permission)*
Henry Pogorzelski
State Bar No. 24007852
**K&L GATES LLP**
2801 Via Fortuna, Suite 350
Austin, TX 78746-7568
Telephone: (512) 482-6826
Facsimile:  (512) 482-6859
E-mail: henry.pogorzelski@klgates.com

COUNSEL FOR DEFENDANTS
HOMEAWAY.COM, INC.; and HOMEAWAY
SOFTWARE, INC.

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 14th day of October, 2020, with a copy of the document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Charles Ainsworth*
CHARLES AINSWORTH

2